UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-2198 as

☑ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: Halah Alrawaf, Ibraheem Alrashoudi, Fahad Alrashoudi, Luluh Alrashoudi

_____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

/s/ Neil H. Koslowe
(signature)

Neil H. Koslowe                          202-508-8118
Name (printed or typed)                  Voice Phone

Potomac Law Group, PLLC                  202-508-8100
Firm Name (if applicable)                Fax Number

801 Pennsylvania Avenue, N.W., Room 94

Washington, DC 20004                     nkoslowe@potomaclaw.com
Address                                  E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 11/18/2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

WilmerHale
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

/s/ Neil H. Koslowe                                          11/18/2015
Signature                                                    Date

05/07/2014
SCC